AO 442 (Rev. 5/93) Warrant for Arrest

**RECEIVED OCT 08 1998 US MARSHALS SERVICE-GUAM**

# United States District Court

DISTRICT OF ——— GUAM ———

UNITED STATES OF AMERICA

V.

JING ZING DONG

## WARRANT FOR ARREST

CASE NUMBER: CR-97-00073

**FILED DISTRICT COURT OF GUAM**

**NOV - 3 2005**

**MARY L.M. MORAN CLERK OF COURT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JING ZING DONG___
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS (See attached Petition and Violation Report)

in violation of Title ___18___ United States Code, Section(s) ___3583___

| | |
|---|---|
| MARILYN B. ALCON<br>Name of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer |
| *Marilyn P. Alcon*<br>Signature of Issuing Officer | 10-8-98    Agana, Guam<br>Date and Location |

**ORIGINAL**

Bail fixed at $ ___0.00___ by ___HONORABLE STEVEN S. UNPINGCO, Designated Judge___
                                                   Name of Judicial Officer

### RETURN

at Unexecuted (Warrant and Probation Violation Report updated)

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Walter Gray, TFA | *Walter Gray* |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____