# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JING ZING DONG**

Case Number: **CR-97-00073**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Wednesday, October 26, 2005 at 2:00 p.m.** |

To answer a(n)
  ☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3583__

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_/s/ Marilyn B. Alcon_
Signature of Issuing Officer

__October 21, 2005__
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date 10/24/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: DOC Hagatna

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    10/24/05          J. Salas
            Date                          Name of United States Marshal

                                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.