FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM
OCT 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JING ZING DONG<br>Defendant. | CRIMINAL CASE NO. 97-00073-001<br><br>**REQUEST TO VACATE<br>WARRANT FOR ARREST** |

On September 29, 1997, Jing Zing Dong was sentenced in the District Court of Guam to an imprisonment term of time served and three years of supervised release for Fraud Concerning Identification Documents, in violation of 18 U.S.C. § 1028. On December 3, 1997, supervised release was revoked, and Mr. Dong was sentenced to a six month imprisonment term followed by a 30 month term of supervised release. His term of supervised release commenced on June 2, 1998.

On October 8, 1998, the District Court issued a warrant for Mr. Dong's arrest pursuant to a petition filed by this Officer for violation of supervised release conditions. On October 20, 2005, Judge Joaquin V.E. Manibusan Jr. ordered that the warrant for Mr. Dong's arrest be re-issued pursuant to the 9th Circuit decision in U.S. v. Vargas-Amaya.

CRIMINAL

Request to Vacate Warrant for Arrest
Re: DONG, Jing Zing
USDC Cr. Cs. No. 97-00073-001
October 10, 2006

This Officer is requesting that the warrant of arrest for Jing Zing Dong be vacated. Mr. Dong's supervised release term had expired prior to the re-issuance of the warrant.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed By:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Roland Fairfield, Defense Attorney
File

- 2 -

Case 1:97-cr-00073   Document 125   Filed 10/12/2006   Page 2 of 2