FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM
OCT 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>JING ZING DONG<br>Defendant. | CRIMINAL CASE NO. 97-00073-001<br><br>**ORDER**<br><br>**RE: REQUEST TO VACATE<br>WARRANT FOR ARREST** |

Based on the United States Probation Office's Request to Vacate Warrant for Arrest due to the supervised release term had expired prior to the re-issuance of the warrant, the Court hereby GRANTS the request to vacate the Warrant of Arrest issued on October 25, 2005.

SO ORDERED this 12 day of October 2006.

JOHN C. COUGHENOUR
Designated Judge
District of Guam

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM
OCT 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>JING ZING DONG<br>Defendant. | CRIMINAL CASE NO. 97-00073-001<br><br>**ORDER**<br><br>**RE: REQUEST TO VACATE WARRANT FOR ARREST** |

Based on the United States Probation Office's Request to Vacate Warrant for Arrest due to the supervised release term had expired prior to the re-issuance of the warrant, the Court hereby GRANTS the request to vacate the Warrant of Arrest issued on October 25, 2005.

SO ORDERED this 12 day of October 2006.

JOHN C. COUGHENOUR
Designated Judge
District of Guam